IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:04CV00987 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THREE TRACTS OF REAL PROPERTY IN, | : | |
| EAST BEND TOWNSHIP, YADKIN COUNTY, | : | |
| NORTH CAROLINA, INCLUDING PREMISES | : | |
| KNOWN AS 205 WEST MAIN STREET, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, | : | |
| Defendant. | : | |

**ENTRY OF DEFAULT**

IT APPEARING that all persons and entities except Dora Andaya-Sanchez having any interest in the defendant property are in default for failure to file a claim and an answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Default is hereby entered against all persons and entities except Dora Andaya-Sanchez having any interest in the defendant property.

This the 27th day of July, 2006.

                                              /s/ John S. Brubaker
                                              CLERK, U.S. DISTRICT COURT