IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00987 |
| | ) | |
| THREE TRACTS OF REAL | ) | |
| PROPERTY IN EAST BEND | ) | |
| TOWNSHIP, YADKIN COUNTY, | ) | |
| NORTH CAROLINA, INCLUDING | ) | |
| PREMISES KNOW AS 205 WEST | ) | |
| MAIN STREET, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| | ) | |
| Defendant. | ) | |

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 11, 2006, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to strike [Pleading No. 15] be **GRANTED** and the claim of Dora Andaya (Sanchez) be stricken.

This the day of February 5, 2007

              /s/ N. Carlton Tilley, Jr.
              United States District Judge